IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CODY L. CARNEY                                                                                    PLAINTIFF

v.                           Civil No. 14-5061

SHERIFF TIM HELDER, Washington
County Detention Center; NURSE
RHONDA BRADLEY; and
DR. NEIL MULLINS                                                                              DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

On July 14, 2014, an order was entered (Doc. 24) granting Defendants' motion to compel (Doc. 21). Plaintiff was directed to provide Defendants with the required responses to the discovery requests by 5:00 p.m. on July 28, 2014. Plaintiff was advised that failure to comply with an order of Court would subject this case to summary dismissal.

Defendants have filed a motion to dismiss (Doc. 25). In the motion, they state that they did not receive any responses to their discovery requests from Plaintiff. Plaintiff has not responded to the motion to dismiss.

A show cause order was entered on October 2, 2014 (Doc. 32), giving the Plaintiff until October 20, 2014, to show cause why this action should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute this action. To date, Plaintiff has not responded to the show cause order. The order was not returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that Defendants' motion to dismiss (Doc. 25) be granted and this case dismissed based on Plaintiff's failure to obey the Court orders and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of December 2014.

/s/ *J. Marschewski*
　HON. JAMES R. MARSCHEWSKI
　CHIEF UNITED STATES MAGISTRATE JUDGE