IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CODY L. CARNEY                                                                                  PLAINTIFF

v.                                    Case No. 5:14-CV-05061

SHERIFF TIM HELDER, Washington County
Detention Center; NURSE RHONDA BRADLEY;
and DR. NEIL MULLINS                                                                        DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 33) from United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendants' motion to dismiss (Doc. 25) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Defendants' motion for summary judgment (Doc. 27) is DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 28th day of January, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE